ORDERED.

Dated:  August 17, 2020

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

Case No. 6:19-bk-03759-KSJ

In re:

WILLIAM JOHN MILLER,

    Debtors.
_____/

### ORDER DISMISSING CASE

THIS CASE came on for a continued Confirmation Hearing on August 12, 2020 at 2:45 p.m.  The Court, after hearing argument of counsel and being otherwise fully informed in the premises, finds that as the Chapter 13 Plan filed by the Debtor is not feasible, that the Chapter 13 Plan cannot be confirmed and that this case should be dismissed.  Accordingly, it is hereby

**ORDERED AND ADJUDGED AS FOLLOWS:**

1.    This case is dismissed.

2. The Court reserves jurisdiction to determine timely filed fee applications for administrative expenses.

3. The automatic stay imposed by 11 U.S.C. Section 362 is terminated.

4. Pursuant to the provisions of 11 U.S.C. Sections 105(a) and 109(g), the Debtor is not enjoined from filing a petition for relief under Title 11 of the United States Code.

6. All pending hearings are cancelled with the exception of any scheduled hearing on a motion for relief from stay that is currently scheduled for hearing within 14 days of the date of this Order or on an Order to Show Cause over which the Court hereby reserves jurisdiction.

7. Notwithstanding any other Court orders, the Trustee shall return to Debtor, or if Debtor is represented by an attorney, to Debtor in care of Debtor's attorney, any remaining funds on hand not previously disbursed and shall thereafter file the Trustee's final report. Upon the filing of the final report, the Trustee will be discharged of all duties as Trustee.

8. Debtor, the Trustee, or any party in interest may, within 14 days of the date of this Order, file a motion requesting the Court to examine the fees paid to Debtors' attorney and for the disgorgement of any portion of the fees deemed excessive. The Court shall retain jurisdiction for this purpose.

9. The Trustee shall refund all funds on hand, if any, to the Debtor in care of the Debtors' attorney, when represented by an attorney.

10. The Trustee is discharged from all further duties.

**Laurie K. Weatherford, Chapter 13 Trustee, is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of the entry of the order**